FILED
2025 May-14 PM 02:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SPRINGFIELD MHP, LLC, and<br>GRASMERE MHP, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>LEGACY HOUSING CORPORATION,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. _____<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

Under 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Legacy Housing Corporation ("Legacy") notices the removal of this action from the Circuit Court of Jefferson County, Alabama, (case no. 01-cv-2025-901919) to the United States District Court for the Northern District of Alabama, Southern Division.

1.   *State Court Lawsuit.* On May 14, 2025, Plaintiffs Springfield MHP, LLC and Grasmere MHP, LLC commenced this action by filing its Verified Complaint in the Circuit Court of Jefferson County, Alabama. (Exhibit A—Complaint).

2.   *Timely Removal.* This Notice of Removal meets the requirements of 28 U.S.C. § 1446(b) because it was filed within thirty days of the receipt of the state court lawsuit by Legacy, through service or otherwise. Legacy first received notice via email from Plaintiffs' counsel on May 14, 2025. (Exhibit B – Email from Plaintiffs' counsel). This removal is thus timely.

3.   *Jurisdiction.* Legacy is entitled to this removal under 28 U.S.C. §§ 1332 (Diversity of Citizenship), 1441 (Removal of Civil Actions), and 1446 (Procedure for

Removal of Civil Actions) because this action is a civil action where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

4. *Diversity of Citizenship*. Legacy is a Texas corporation with its principal place of business in Texas. Plaintiffs are Alabama limited liability companies with their principal places of business in Alabama. Upon information and belief, none of Plaintiffs' members are residents of Texas. Defendants and Plaintiffs are therefore completely diverse.

5. *Amount in Controversy*. This case is about foreclosure of a mortgage in an amount that exceeds $300,000. (Exhibit A, ¶ 6). Plaintiffs in their Verified Complaint do not dispute that they owe at least $300,000 on the mortgage. (Exhibit A). Therefore, the amount in controversy exceeds $75,000 as required by 28 U.S.C. § 1332.

6. *Venue*. Venue is proper here as the Court is the federal court in the district and division that includes Jefferson County—the court from which this action was removed.

7. *Notification*. As required by 28 U.S.C. 1446(d), Legacy, the removing party, will promptly give all parties written notice of this Notice of Removal and will promptly file a copy of this Notice of Removal with the Clerk of the Circuit Court of Jefferson County, Alabama where the lawsuit was pending.

8. *Response to be timely filed*. Legacy will satisfy the requirements of Fed. R. Civ. P. 81(c) by filing a responsive pleading or presenting other defenses or

objections under the *Federal Rules of Civil Procedure* within seven days of filing this Notice.

9.  *Request for opportunity to brief opposition*. If any question arises about the propriety of this removal, Legacy requests the opportunity to present a brief and oral argument in support of this removal.

Because the parties before the Court are completely diverse and the amount in controversy exceeds $75,000, the Court has diversity jurisdiction over this action.

Date: May 14, 2025                    /s/ *Daniel S. Weber*
                                              Daniel S. Weber ASB-2846-C13I
                                              dsweber@smgblaw.com
                                              Nicholas Hoisington ASB-9919-W46O
                                              nickh@smgblawyers.com

                                              SIMPSON, MCMAHAN, GLICK & BURFORD
                                              100 Concourse Parkway
                                              Suite 310 West Tower
                                              Hoover, Alabama 35244
                                              (205) 876-1600

## CERTIFICATE OF SERVICE

      I hereby certify that on May 14, 2025, I filed the foregoing with the Clerk of Court via CM/ECF and served a copy on the following parties:

James P. Pewitt
2 20th St N, Ste. 925
Birmingham, AL 35203
jim@jamespewitt.com

                                                */s/ Daniel S. Weber*
                                                Daniel S. Weber