# EXHIBIT B

**From:** James Pewitt
**To:** Daniel Weber
**Subject:** Springfield MHP, LLC et al v. Legacy Housing Corp.
**Date:** Wednesday, May 14, 2025 9:56:14 AM
**Attachments:** Letter to D. Weber (May 14, 2025).pdf
Springfield Verified Complaint.pdf
Springfield Motion for TRO .pdf

You don't often get email from jim@jamespewitt.com. Learn why this is important

Mr. Weber,

Please see attached. We will send you the exhibits to the complaint by separate email.

The case, 01-CV-2025-901919, has been assigned to Judge Monica Agee. I can be reached on my cell, 205-612-1140.

Jim

JAMES P. PEWITT LLC
Two North Twentieth
2 20th Street North, Suite 925
Birmingham, Alabama 35203
Office: 205.874.6686
Cell: 205.612.1140

*WARNING – WIRE FRAUD ADVISORY* Please be aware that wire fraud and email hacking/phishing attacks are on the increase! To help guard against wire fraud and other financial scams, please verify the authenticity of any wire transfer instructions by calling our office using a known telephone number or an independently confirmed number. DO NOT USE THE TELEPHONE NUMBER THAT IS INCLUDED IN AN EMAIL YOU ARE TRYING TO CONFIRM OR QUESTION AND DO NOT RESPOND TO THE EMAIL OR ANY LINKS IN THE EMAIL! IF IT LOOKS STRANGE, CHANCES ARE IT IS FRAUDULENT.