FILED
2025 May-14 PM 04:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

Case 2:25-cv-00754-RDP   Document 4-1   Filed 05/14/25   Page 2 of 2

DOCUMENT 14

ELECTRONICALLY FILED
5/14/2025 12:08 PM
01-CV-2025-901919.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

# IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
# BIRMINGHAM DIVISION

| | |
|---|---|
| SPRINGFILED MHP, LLC, | ) |
| GRASMERE MHP, LLC, | ) |
| Plaintiffs, | ) |
| | ) |
| V. | ) Case No.:  CV-2025-901919.00 **MYA** |
| | ) |
| LEGACY HOUSING CORPORATION, | ) |
| Defendant. | ) |

## TEMPORARY RESTRAINING ORDER

The Court having considered the MOTION FOR TEMPORARY RESTRAINING ORDER filed by SPRINGFILED MHP, LLC and GRASMERE MHP, LLC, finds that it is well taken, and is due to be and is hereby **GRANTED**.

Defendant LEGACY HOUSING CORPORATION is hereby **ORDERED** to immediately **CEASE AND DESIST** from taking any further negative action(s) in foreclosure or otherwise against the Plaintiffs SPRINGFILED MHP, LLC, and GRASMERE MHP, LLC and the property which is the subject of this lawsuit.

And furthermore, the planned mortgage foreclosure sale set to take place on May 20, 2025, is hereby **STAYED**.

Pursuant to Alabama Code § 6-5-144 and ARCivP 65 (c), this ORDER shall be effective upon the payment of bond in the amount of one-hundred dollars ($100.00).

This Order shall expire at 12:00 midnight on May 27, 2025, unless it is extended for good cause shown.

**DONE this 14th day of May, 2025.**

/s/ MONICA Y. AGEE
**CIRCUIT JUDGE**