# EXHIBIT B



100 Concourse Parkway
Suite 310 West
Hoover, Alabama 35244
Daniel S. Weber, Esq.
dsweber@smgblawyers.com
205-876-1628
Licensed in AL, KY, TN, WV

April 23, 2025

<u>VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED</u>
Springfield MHP, LLC
Grasmere MHP, LLC
Ebrahim Jebreel
10850 Wilshire Blvd., Suite 301
Los Angeles, CA 90024

c/o Registered Agent
USCA Inc.
100 Oxmoor Road, Suite 110
Birmingham, AL 35209

        **RE:**    **Legacy Housing Corporation**
                  **Loan 1320.43**
                  **Springfield MHP, LLC**
                  **Grasmere MHP LLC**

Dear Messrs. Brown and Jebreel:

      The undersigned represents Legacy Housing Corporation ("Legacy"). As you are aware, Springfield MHP, LLC is indebted to Legacy in an amount not less than $613,949.38 (the "Debt") pursuant to a Promissory Note dated December 20, 2020 (the "Note"). On December 20, 2024, the Note matured, and the Debt became immediately due and payable. Legacy also formally requested payment in letter dated January 20, 2025.

      Because the Debt remains unpaid, Legacy has elected to initiate non-judicial foreclosure proceedings pursuant to the mortgage used to secure the Note. A copy of the foreclosure notice is enclosed. The foreclosure sale is set for May 20, 2025. Demand is hereby made that you direct all rents from this point forward to Legacy and relinquish management of said property on the date of sale.

    THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THIS PURPOSE.

        Very truly yours,

        SMGB Law

        */s Daniel S. Weber*

        Daniel S. Weber

cc:    Hayes Brown
        hbrown@hayesbrown.com

        Sarin Akhtarzad
        819 North La Cienega Blvd.
        West Hollywood, CA 90069

        Maryland Securities, Ltd.
        12 Ashfield Road, Cheadle, Cheshire SK81BB