UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| SPRINGFIELD MHP, LLC, and GRASMERE MHP, LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) ) |
| LEGACY HOUSING CORPORATION, | ) ) |
| Defendant/Counterclaim Plaintiff, | ) ) |
| vs. | ) ) ) |
| EBRAHIM JEBREEL, | ) ) |
| Third-Party Defendant. | ) |

CIVIL ACTION NO.: 2:25-cv-00754-RDP

## ANSWER TO COUNTERCLAIM

Plaintiff Springfield MHP, LLC ("Springfield") answers the counterclaim (Doc. 8) as follows:

### Parties, Jurisdiction, and Venue

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

1

## Facts

6. The Note speaks for itself.

7. The Note speaks for itself.

8. Denied.

9. Denied.

10. The Note and Mortgage speak for themselves.

11. The Mortgage speaks for itself.

12. Denied. Although the Personal Guarantee speaks for itself, the document states on its face that Mr. Jebreel would guarantee the obligations of Grasmere, not Springfield.

## Count One
## Breach of Contract
## (against Springfield and Jabreel)

13. Springfield adopts its foregoing responses.

14. The Note speaks for itself.

15. Denied.

16. Denied.

17. Denied.

## Affirmative Defenses

18. The counterclaim fails to state a claim upon which relief can be granted.

19. Legacy's counterclaim is barred by waiver, laches, and estoppel.

20. Legacy's counterclaim is barred because Section 2 of the Note is not enforceable.

21. Legacy's counterclaim is barred because contractual penalties are not enforceable.

22. Legacy's counterclaim is barred because it failed to provide manufactured homes to Springfield at a reasonable time.

23. Legacy's counterclaim is barred because it failed to provide manufactured homes to Springfield within a reasonable price.

24. Legacy's counterclaim is barred because its failure to provide manufactured homes to Springfield within a reasonable time and at a reasonable price materially impaired the value of the contract to Springfield.

25. Legacy's counterclaim is barred because its failure to provide manufactured homes to Springfield within a reasonable time and at a reasonable price materially impaired Springfield's ability to perform its obligations under the Note.

26. Legacy's counterclaim is barred because there has been no default for the "Debt" that Legacy now contends Springfield owes.

27. Legacy's counterclaim is barred by its own fraud, suppression of material facts, and negligent misrepresentations.

28. Legacy's counterclaim is barred by its own failure to perform its obligations under the Note.

29. Legacy's counterclaim is barred by offset and recoupment.

30. Legacy's attempt to foreclose on the property is wrongful. Legacy's attempt to foreclose is not made for the purpose of securing any alleged debt; rather, it is being made for its own purposes and to force Springfield to pay a debt that Springfield does not owe.

/s/James P. Pewitt
James P. Pewitt
JAMES P. PEWITT, LLC
Two North Twentieth
2 20th Street North, Suite 925
Birmingham, Alabama 35203
jim@jamespewitt.com
(205) 874-6686

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2025, I filed the preceding document with the Clerk of Court using the Court's CM/ECF filing system, which will send notification to all counsel of record.

/s/James P. Pewitt
James P. Pewitt