## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **SPRINGFIELD MHP, LLC et al.,** | } |
| Plaintiffs, | } |
| v. | } Case No.: 2:25-cv-00754-RDP |
| **LEGACY HOUSING CORPORATION,** | } |
| Defendant. | } |

### **ORDER**

The parties convened for a telephone conference on June 12, 2025. During the conference, the court discussed mediation and setting this case for a preliminary injunction hearing if mediation is not successful.

If the parties do not resolve their dispute, a preliminary injunction hearing will be set in August 2025. Consistent with the discussions during the telephone conference, the parties **SHALL** meet and confer and submit a detailed joint report before the preliminary injunction hearing. The joint report will include (1) a list of those facts that the parties agree are uncontested; (2) a list of facts that one party believes are uncontested, but the other party believes are in dispute; (3) a list of facts that the parties agree are disputed; and (4) briefing on the two legal issues that the parties referenced during the telephone conference. Additionally, in the joint report Defendant will provide a detailed explanation of how the amount allegedly owed by Plaintiffs is calculated, which is supported by the parties' agreement(s).

If the parties decide not to mediate this case or mediation is unsuccessful, the court will set this case for a preliminary injunction hearing.

**DONE** and **ORDERED** this June 12, 2025.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE